| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #<br>FILED: 5/28/13 |

------------------------------------------- x

MATEO EDUARDO PACHECO-GONZALEZ, et al.,

            Plaintiff,

-against-  :  12 Civ. 5778 (GBD) (AJP)

TEN'S CABARET, INC., et al.  :  **ORDER OF PARTIAL DISMISSAL ON CONSENT**

            Defendant.

------------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by defendants and plaintiffs Kovtoun and Secka and transcribed by the court reporter on May 28, 2013, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT the claims of plaintiffs Kovtoun and Secka in this action are dismissed with prejudice and without costs, provided, however, that these plaintiffs may reinstate the action within 30 days hereof if defendant Reda does not make payment under the settlement.

        SO ORDERED.

DATED:      New York, New York
                 May 28, 2013

                                                                  Andrew J. Peck
                                                                  United States Magistrate Judge

Copies **ECF** to:      All Counsel
                          Judge George B. Daniels

C:\ORD\DISMISS