UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATEO EDUARDO PACHECO-GONZALEZ,
FELIX OCTAVIO PACHECO-GONZALEZ,      **NOTICE OF APPEARANCE**
MARCO VINICIO PACHECO-GONZALEZ,
NATALIE HELLEN KOVTOUN, ANGELA
SINGH, KGONEH SECKA and MARIA DEL
CARMEN MARTINEZ-ESPINOSA, on their own
behalf and on the behalf of others similarly situated      **Case No.: 12 CV 5778**

                    Plaintiffs,

    -against-

TEN'S CABARET INC., and CHRISTOPHER REDA,
an individual,
                    Defendants.
                                                    X

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiffs herein, add the undersigned as co-counsel of record for Plaintiffs in this matter:

Melissa Kobernitski (MK6645) – melissakdaltonlaw@yahoo.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiffs
69-12 Austin St.
Forest Hills, NY 11375
Tel: 718-263-9591

Dated: Forest Hills, Queens
       July 19, 2013

                                        _____
                                        Melissa Kobernitski (MK6645)
                                        Helen F. Dalton & Associates, P.C.
                                        Attorneys for Plaintiffs
                                        69-12 Austin St.
                                        Forest Hills, NY 11375
                                        Tel: 718-263-9591