# OVED & OVED LLP
## ATTORNEYS

OCT 16 2013

October 16, 2013

**SO ORDERED**
The conference is adjourned to January 16, 2014 at 9:30 a.m.

*George B Daniels*
HON. GEORGE B. DANIELS

**VIA FACSIMILE**

OCT 16 2013

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Pacheco-Gonzales v. Ten's Cabaret, Inc.,
Southern District of New York, Docket No. 12-CV-5778</u>

Dear Judge Daniels:

This law firm represents defendants in the above-referenced matter. Pursuant to the parties' teleconference with the Court this afternoon, we write to memorialize the parties' request that the conference scheduled for tomorrow, October 17, 2013 be adjourned to the week of January 14, 2014.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew J. Urgenson

cc: Roman Avshalumov, Esq. (*via electronic mail*)

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM