

# Helen F. Dalton & Associates, P.C.

ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel.: 718-263-9591 • Fax: 718-263-9598

**VIA FACSIMILE #212-805-6737**
Honorable George B. Daniels
United States District Judge
For the Southern District of New York
500 Pearls Street
New York, NY 10007-1312

JAN 16 2014

*SO ORDERED*

The conference is scheduled for February 13, 2014 at 9:30 a.m.

HON. GEORGE B. DANIELS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 16 2014
```

January 15, 2014

Re: <u>MATEO EDUARDO PACHECO-GONZALEZ</u>
<u>VS. TEN'S CABARET, INC.</u>
DOCKET # 12 CV 5778

Dear Honorable Magistrate Judge Daniels:

Our firm represents all of the Plaintiffs in this matter. We respectfully request that the conference scheduled for January 16, 2014 be adjourned to February 14, 2014 due to pending settlement discussions.

Respectfully Submitted,

Roman Avshalumov, Esq.