

# Helen F. Dalton & Associates, P.C.

### ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel.: 718-263-9591 • Fax: 718-263-9598

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: FEB 14 2014

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

FEB 14 2014

**VIA FACSIMILE #212-805-6137**
Honorable George B. Daniels
United States District Judge
For the Southern District of New York
500 Pearls Street
New York, NY 10007-1312

February 12, 2014

Re: <u>MATEO EDUARDO PACHECO-GONZALEZ</u>
<u>VS. TEN'S CABARET, INC.</u>
DOCKET # 12 CV 5778

Dear Honorable Magistrate Judge Daniels:

Our firm represents all of the Plaintiffs in this matter. We respectfully request that the conference scheduled for February 13, 2014 be adjourned to April 17, 2014 as we are in the process of drafting a settlement agreement on this case.

Respectfully Submitted,

Roman Avshalumov, Esq.