UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATEO EDUARDO PACHECO-GONZALEZ,
FELIX OCTAVIO PACHECO-GONZALEZ,
MARCO VINICIO PACHECO GONZALEZ,
NATALIA HELLEN KOVTOUN, ANGELA
SINGH, NGONEH SECKA, AND MARIA DEL
CARMEN MARTINEZ-ESPINOSA, *on their own
behalf and on behalf of others similarly situated,*

                      Plaintiffs,

          -against-

TEN'S CABARET INC., and CHRISTOPHER
REDA, and individual

                      Defendants.



SO ORDERED.
George B. Daniels, U.S.D.J.
APR 04 2014

Civil Action No.: 12 CIV 5778

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 04 2014

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
      3/14, 2014

_____       _____
Roman Avshalumov, Esq.       Andrew J. Urgenson, Esq.
Helen F. Dalton & Associates, PC       OVED & OVED LLP
69-12 Austin Street       401 Greenwich Street
Forest Hills, NY 11375       New York, NY 10013
Tel.: 718.263.9598       Tel.: 212.226.2376

*Attorneys for Plaintiffs*       *Attorneys for Defendants*